

June 2, 2026

**VIA ECF**

The Honorable Jeannette A. Vargas
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Coe, et al. v. Blanche, et al.*, No. 1:26-CV-04641-JAV

Rule 5.L Letter Regarding Application for Temporary Restraining Order

Dear Judge Vargas,

Plaintiffs in the above-captioned matter, pursuant to Rule 5.L of the Court's Individual Rules and Practices regarding applications for a temporary restraining order, write to inform the Court that Plaintiffs intend to move for a Temporary Restraining Order and that Plaintiffs have conferred with counsel for all Defendants regarding that intended motion, and regarding a proposed briefing schedule. Given the exigent circumstances regarding this matter, we respectfully request that the Court act prior to Wednesday, June 10, 2026.

All Defendants have consented to service by e-mail and all Defendants have been served a copy of the Complaint, forthcoming Motions for Temporary Restraining Order and to Certify a Class, and all supporting filings.

Plaintiffs have also proposed to all Defendants a briefing schedule as follows, in light of the June 10, 2026, deadline by which the DOJ Defendants have demanded the NYU Defendants produce identifying and sensitive health information of Plaintiffs and the members of the proposed Class: (1) the Defendants' oppositions to be due by Friday, June 5 at noon, (2) any reply from Plaintiffs to be due by Saturday, June 6 at 11:59pm, and (3) a requested hearing date of Monday, June 8, in order to afford the Court time to consider the requested relief before production would be required on Wednesday, June 10.





*Coe, et al. v. Blanche, et al.*,
No. 1:26-cv-04641-JAV
Rule 5.L Letter re TRO
June 2, 2026
Page 2

Plaintiffs have also requested that Defendants Blanche and U.S. Department of Justice agree voluntarily to delay the June 10, 2026 return date for the subpoena at issue in the motion, so that the parties and the Court may proceed on a less expedited basis.

Defendants Blanche and U.S. Department of Justice have not indicated their position on the Motion, the proposed briefing schedule, or Plaintiffs' request that they voluntarily extend the June 10 return date.

Defendants NYU Langone Health System, NYU Langone Hospitals, and NYU Grossman School of Medicine have indicated that they consent to the proposed briefing schedule.

Sincerely,

*/s/ Omar Gonzalez-Pagan*

Gabriella Larios
Robert Hodgson
Anya Weinstock
**New York Civil Liberties Union Foundation**
125 Broad Street, 19th Floor
New York, New York 10004
Telephone: 212-607-3300
rhodgson@nyclu.org
glarios@nyclu.org
aweinstock@nyclu.org

Chase B. Strangio
**American Civil Liberties Union Foundation**
125 Broad Street, Floor 18
New York, New York 10004
Telephone: 212-549-2500
Facsimile: 212-549-2650
cstrangio@aclu.org

Omar Gonzalez-Pagan
Karen L. Loewy
**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, New York 10005
Telephone: 212-809-8585
Facsimile: 855-535-2236
ogonzalez-pagan@lambdalegal.org
kloewy@lambdalegal.org