**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CARTER COE, by and through his parent and next friend, CAROLINE COE; et al., *on behalf of themselves and all similarly situated*,<br><br>       *Plaintiffs*,<br><br>       v.<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; et al.,<br><br>       *Defendants*. | Case No. |

**<u>ORDER TO SHOW CAUSE FOR A TEMPORARY RESTRAINING ORDER AND</u>**
**<u>PROVISIONAL CLASS CERTIFICATION</u>**

Upon the annexed Memorandum of Law, declarations, and exhibits; it is hereby

ORDERED, that the above-named Defendants show cause before a motion term of this Court, at Room _____, United States Courthouse, 500 Pearl Street, in the City, County, and State of New York, on June \_\_\_\_, 2026, at \_\_\_\_\_ o'clock in the morning thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rules 65 and 23 of the Federal Rules of Civil Procedure:

1) Restraining and enjoining DOJ Defendants from:

    a. Seeking, receiving, using, retaining, or disseminating any identifying or sensitive health information of Plaintiffs and members of the Class through the Subpoenas at issue or substantially similar administrative or grand jury subpoenas as part of the U.S Department of Justice's claimed investigations into health care offenses related to gender-affirming medical care.

1

2) Restraining and enjoining NYU Defendants from:

    a. disclosing or producing any identifying or sensitive health information of Plaintiffs and members of the NYU Subclass to the DOJ Defendants in response to the Subpoena at issue or any substantially similar administrative or grand jury subpoenas as part of the U.S. Department of Justice's claimed investigations into healthcare offenses related to gender-affirming medical care.

3) Provisionally certifying a class for purposes of granting this preliminary relief on a class-wide basis for the following Class and NYU subclass:

    a. **The Class:** All individuals who received any medical treatment for gender dysphoria, including any medical, surgical, pharmaceutical, or clinical intervention that is intended or reasonably expected to suppress, alter, or eliminate endogenous pubertal development, or to modify primary or secondary sex characteristics, for the purpose of aligning with or affirming a minor's asserted gender identity rather than the minor's birth sex, while they were under eighteen years of age, from January 1, 2020, through May 5, 2026, at a healthcare institution located in New York City, including NYU Langone Hospitals (and any other NYU entity) and Mount Sinai Health System.

    b. **The NYU Subclass:** All individuals who received any medical treatment for gender dysphoria, including any medical, surgical, pharmaceutical, or clinical intervention that is intended or reasonably expected to suppress, alter, or eliminate endogenous pubertal development, or to modify primary or secondary sex characteristics, for the purpose of aligning with or affirming a minor's asserted gender identity rather than the minor's birth sex, while they were under

eighteen years of age, from January 1, 2020, through May 5, 2026, at NYU Langone Hospitals or any other NYU entity.

ORDERED that answering papers, if any, must be served by email on Plaintiffs' attorneys of record in this action no later than _____ a.m./p.m. on June ____, 2026, and reply papers, if any, must be served by hand or email upon Defendants' attorneys no later than _____ a.m./p.m. on June ____, 2026; and it is further

ORDERED that service by email of a copy of this Order and the annexed Declarations, exhibits, pleadings, and memoranda of law upon the Defendants' counsel that have appeared in this action as of the issuance of this order, or otherwise on 1) for the federal defendants, the Chief of the Civil Division for the U.S. Attorney's Office for the Southern District of New York, Jeffrey Oestericher; and 2) for the NYU defendants, Executive Vice President and Vice Dean, General Counsel of NYU Langone Health, Annette Johnson, on or before _____ o'clock in the morning/afternoon, on June ____, 2026 shall be deemed good and sufficient service thereof.

Dated: _____, 2026
New York, New York

_____
United States District Judge

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 2, 2026, counsel for Plaintiffs served by electronic mail this Order to Show Cause for a Temporary Restraining Order upon the following counsel for the defendants in this case:

**For the federal defendants:**

Jeffrey Oestericher, Jeffrey.Oestericher@usdoj.gov
Tomoko Onozawa, Tomoko.Onozawa@usdoj.gov

**For the NYU defendants:**

Annette Johnson, Annette.Johnson@nyulangone.org
Zachary Cunha, zcunha@nixonpeabody.com

Dated: June 2, 2026
          New York, New York

　　　　　　　　　　　　　　　　　　 */s/ Omar Gonzalez-Pagan*
　　　　　　　　　　　　　　　　　　Omar Gonzalez-Pagan

　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*