CARTER COE, by and through his parent and next friend, CAROLINE COE; et al., *on behalf of themselves and all similarly situated*,

Plaintiffs,

v.

U.S. DEPARTMENT OF JUSTICE; et al.,

Defendants.

Case No.　　1:26-cv-04641-JAV

## DECLARATION OF KAREN L. LOEWY

I, Karen L. Loewy, hereby declare and state as follows:

1.　　I am Senior Counsel at Lambda Legal Defense and Education Fund, Inc. ("Lambda Legal") and am one of the attorneys for the Plaintiffs in this action.

2.　　I submit this declaration in support of Plaintiffs' Motion for a Temporary Restraining Order.

3.　　The following facts are based on my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

4.　　Filed as **Exhibit A** (Dkt. 1-1) to the Complaint (Dkt. 1) is a true and accurate copy of the grand jury subpoena received by NYU Langone Hospitals on May 7, 2026 and issued in the Northern District of Texas, with a return of compliance date of June 10, 2026.  A copy of the subpoena was publicly posted by NYU Langone on May 11, 2026 on NYU Langone's website at https://nyulangone.org/public-notices/TYHPsubpoena.

1

5. Filed as **Exhibit B** (Dkt. 1-2) to the Complaint (Dkt. 1) is a true and accurate copy of the public notice posted by NYU Langone on May 11, 2026 on its website (https://nyulangone.org/public-notices/TYHPsubpoena) in relation to its receipt of the grand jury subpoena.

6. Filed as **Exhibit C** (Dkt. 1-3) to the Complaint (Dkt. 1) is a true and accurate copy of a memorandum issued by Attorney General Pamela Bondi to select component heads at the U.S. Department of Justice on April 22, 2025, with the subject title "Preventing the Mutilation of American Children."

7. Filed as **Exhibit D** (Dkt. 1-4) to the Complaint (Dkt. 1) is a true and accurate copy of a memorandum issued by Assistant Attorney General Brett A. Shumate to all employees in the Civil Division of the U.S. Department of Justice on June 11, 2025, with the subject title "Civil Division Enforcement Priorities."

8. Attached hereto as **Exhibit E** is a true and correct copy of Executive Order 14168, *Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*, 90 Fed. Reg. 8650, issued by President Trump on January 20, 2025.

9. Attached hereto as **Exhibit F** is a true and correct copy of Executive Order 14187, *Protecting Children From Chemical and Surgical Mutilation*, 90 Fed. Reg. 8771, issued by President Trump on January 28, 2025.

10. Attached hereto as **Exhibit G** is a true and correct copy of civil subpoena no. 25-1431-032 sent to Rhode Island Hospital by the U.S. Department to Justice under authority of Section 248 of the Health Insurance Portability & Accountability Act of 1996, Public Law No. 104-91 (18 U.S.C. § 3486), on July 3, 2025, which was filed as Exhibit 2 to the Emergency Motion to Quash filed by the Child Advocate for the State of Rhode Island on May 4, 2026 in *In Re:*

*Administrative Subpoena 25-1431-32 to RI Hospital*, No. 1:26-mc-00007, in the U.S. District Court for the District of Rhode Island.

11. Attached hereto as **Exhibit H** is a true and correct copy of excerpts of the transcript of the May 12, 2026 hearing before the U.S. District Court for the District of Rhode Island in relation in *In Re: Administrative Subpoena 25-1431-32 to RI Hospital*, No. 1:26-mc-00007.

12. Attached hereto as **Exhibit I** is a true and correct copy of the press release, titled *Attorney General Paxton Makes History by Securing a Landmark Healthcare Fraud Settlement that Creates the Nation's First-Ever Detransition Clinic and Secures $10 Million from Texas Children's Hospital for "Transitioning" Kids*, issued by the Office of the Texas Attorney General on May 15, 2026, and which is publicly on the website of the Office of the Texas Attorney General at https://www.texasattorneygeneral.gov/news/releases/attorney-general-paxton-makes-history-securing-landmark-healthcare-fraud-settlement-creates-nations.

13. Attached hereto as **Exhibit J** is a true and correct copy of the press release, titled *Justice Department Secures Landmark Resolution to End Pediatric "Gender-Affirming Care" and Create Detransition Clinic*, issued by the U.S. Department of Justice on May 15, 2026, and which is publicly available on DOJ's website at https://www.justice.gov/opa/pr/justice-department-secures-landmark-resolution-end-pediatric-gender-affirming-care-and.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 2, 2026

*/s/ Karen L. Loewy*
Karen L. Loewy

3