# Exhibit I

**KEN PAXTON**
ATTORNEY GENERAL *of* TEXAS

(/)

**May 15, 2026 | Press Release**

# Attorney General Paxton Makes History by Securing a Landmark Healthcare Fraud Settlement that Creates the Nation's First-Ever Detransition Clinic and Secures $10 Million from Texas Children's Hospital for "Transitioning" Kids

Attorney General Ken Paxton secured a historic settlement with Texas Children's Hospital ("Texas Children's") that compels the creation of the country's first-ever Detransition Clinic; requires the hospital to pay $10 million for billing Texas Medicaid for

unallowable and illegal 'gender-transition' interventions, including by using false diagnosis codes; and compels the termination and revocation of privileges of multiple physicians.

After a years-long investigation by the Healthcare Program Enforcement Division, Attorney General Paxton has negotiated a historic settlement that will help protect Texans. Under the terms of this landmark agreement, Texas Children's will establish the first-ever multidisciplinary clinic designed to provide medical care to patients who were subjected to "gender-transition" procedures. This Detransition Clinic will help patients reverse the damage caused by ideologically-motivated physicians who harmed patients by performing dangerous medical interventions for the purpose of "transitioning" them. For the first five years, all services provided through the Detransition Clinic will be funded by Texas Children's and be free of charge to patients.

As part of the settlement, Texas Children's has also agreed to fire, permanently and irrevocably terminate all existing privileges, and never again hire or credential five woke doctors who performed harmful medical interventions on Texans. As part of the settlement, Texas Children's agrees not to provide "gender-transition" services; will implement a host of compliance and ethics measures; and the hospital will amend its bylaws to trigger automatic relinquishment of privileges for any physician who violates Texas's prohibition on medical interventions to "transition" kids. Attorney General Paxton secured this historic settlement in coordination with President Trump's Department of Justice.

"Today is a monumental day in the fight to stop the radical transgender movement. This historic settlement reflects an institutional and fundamental cultural shift away from radical 'gender' ideology. In addition to helping establish the first-ever Detransition Clinic and securing millions, this settlement will ensure that the deranged child mutilators who hurt our kids are fired and held accountable," said Attorney General Paxton. "I applaud Texas Children's Hospital for changing course and

committing to being a part of the solution by agreeing to form a first-of-its kind Detransition Clinic that will help provide free care to those who have been victimized by twisted, morally bankrupt transgender ideology. Under my watch, I will investigate and bring the full force of the law against any Texas hospital that abuses children with harmful medical interventions to 'transition' kids."

Back to Top