# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CARTER COE, by and through his parent and next friend, CAROLINE COE; et al., *on behalf of themselves and all similarly situated*,<br><br>      *Plaintiffs,*<br><br>      v.<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; et al.,<br><br>      *Defendants.* | Case No. 1:26-cv-04641-JAV |

## <u>PLAINTIFFS' MOTION FOR CLASS CERTIFICATION</u>

Plaintiffs move this Court to certify a class action pursuant to Federal Rule of Civil Procedure 23. This motion is based on the attached memorandum of law in support of the motion and accompanying declarations, as well as those filed in support of their Motion for Preliminary Injunction and Provisional Class Certification. *See* Coe Decl. ¶ 10; Roe Decl. ¶ 10; Noe Decl. ¶ 10; Koe Decl. ¶ 10; Doe Decl. ¶ 10; *see also* Gonzalez-Pagan Decl.; Hodgson Decl.; Strangio Decl.

Plaintiffs have concurrently filed a motion for temporary restraining order and provisional class certification, which reference the class certification arguments advanced in the memorandum of law attached to this motion. *See* Pls.' Mem. ISO Mot. Temp. Restraining Ord. and Provisional Class Cert. at 4 & n.1. Plaintiffs ask that the Court consider the arguments in the accompanying memorandum in support of this motion when considering Plaintiffs' concurrently filed motion for a temporary restraining order and provisional class certification

  Dated: June 2, 2026

1

Respectfully submitted,

 /s/ Omar Gonzalez-Pagan
Omar Gonzalez-Pagan

Robert Hodgson                          Karen L. Loewy
Gabriella Larios                        **Lambda Legal Defense**
Anya Weinstock                          **and Education Fund, Inc.**
**New York Civil Liberties Union**      120 Wall Street, 19th Floor
**Foundation**                          New York, New York 10005
125 Broad Street, 19th Floor            Telephone: 212-809-8585
New York, New York 10004                Facsimile: 855-535-2236
Telephone: 212-607-3300                 ogonzalez-pagan@lambdalegal.org
rhodgson@nyclu.org                      kloewy@lambdalegal.org
glarios@nyclu.org

                                        Nora Huppert*
Chase B. Strangio                       **Lambda Legal Defense**
Shana Knizhnik*                         **and Education Fund, Inc.**
**American Civil Liberties Union**      3656 N. Halsted Street
**Foundation**                          Chicago, Illinois 60613
125 Broad Street, Floor 18              Telephone: 312-605-3233
New York, New York 10004                Facsimile: 855-535-2236
Telephone: 212-549-2500                 nhuppert@lambdalegal.org
Facsimile: 212-549-2650
cstrangio@aclu.org
sknizhnik@aclu.org                      A.D. Sean Lewis*
                                        **Lambda Legal Defense**
                                        **and Education Fund, Inc.**
Elizabeth Gill*                         800 South Figueroa St., Suite 1260
**American Civil Liberties Union**      Los Angeles, CA 90017
**Foundation**                          Telephone: 213-382-7600
425 California Street, Suite 700        Facsimile: 855-535-2236
San Francisco, California 94104         alewis@lambdalegal.org
Telephone: 415-343-0779
egill@aclu.org


\* Motions for admission *pro hac vice*
forthcoming

2