**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| CARTER COE, by and through his parent and next friend, CAROLINE COE; et al., *on behalf of themselves and all similarly situated*,<br><br>        *Plaintiffs,*<br><br>    v.<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; et al.,<br><br>        *Defendants.* | Case No. 1:26-cv-04641-JAV |

**[PROPOSED] ORDER FOR CLASS CERTIFICATION**

Pursuant to Federal Rule of Civil Procedure 23 and having reviewed the Parties' filings and the argument of counsel, the Court finds that Plaintiffs have demonstrated that the requirements of Rule 23(a) and 23(b)(2) have been satisfied.

Accordingly, it is hereby ORDERED and ADJUDGED that Plaintiffs' Motion for Class Certification is GRANTED as to the Class, which shall be defined as: All individuals who received any medical treatment for gender dysphoria, including any medical, surgical, pharmaceutical, or clinical intervention that is intended or reasonably expected to suppress, alter, or eliminate endogenous pubertal development, or to modify primary or secondary sex characteristics, for the purpose of aligning with or affirming a minor's asserted gender identity rather than the minor's birth sex, while they were under eighteen years of age, from January 1, 2020, through May 5, 2026, at a healthcare institution located in New York City, including NYU Langone Hospitals (and any other NYU entity) and Mount Sinai Health System.

1

It is further ORDERED and ADJUGED that Plaintiffs' Motion for Class Certification is GRANTED as to the NYU Subclass, which shall be defined as: All individuals who received any medical treatment for gender dysphoria, including any medical, surgical, pharmaceutical, or clinical intervention that is intended or reasonably expected to suppress, alter, or eliminate endogenous pubertal development, or to modify primary or secondary sex characteristics, for the purpose of aligning with or affirming a minor's asserted gender identity rather than the minor's birth sex, while they were under eighteen years of age, from January 1, 2020, through May 5, 2026, at NYU Langone Hospitals or any other NYU entity.

The Class and Subclass are certified as to the practices and relief identified in this Order.

It is further ORDERED that Carter Coe, by and through his parent and next friend, Caroline Coe; Reed Roe, by and through his parent and next friend, Riley Roe; Nicole Noe, by and through her parent, Norman Noe; Karl Koe; and Jay Doe, are hereby appointed to be the named representatives of the Class and the NYU Subclass.

It is further ORDERED that Plaintiffs' counsel, from the American Civil Liberties Union Foundation, Lambda Legal Defense and Education Fund, Inc., and the New York Civil Liberties Union Foundation are hereby appointed as counsel for the Class and NYU Subclass.

IT IS SO ORDERED.

Dated:

_____
United States District Judge

2