**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CARTER COE, by and through his parent and next friend, CAROLINE COE; et al., *on behalf of themselves and all similarly situated*, | |
| *Plaintiffs*, | Case No. 1:26-cv-04641-JAV |
| v. | |
| U.S. DEPARTMENT OF JUSTICE; et al., | |
| *Defendants*. | |

**DECLARATION OF OMAR GONZALEZ-PAGAN IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Omar Gonzalez-Pagan, hereby declare and state as follows:

1.      I am Senior Counsel at Lambda Legal Defense and Education Fund, Inc. ("Lambda Legal") and am one of the attorneys for the Plaintiffs in this action.

2.      I submit this declaration in support of Plaintiffs' Motion for Class Certification.

3.      I make this declaration to describe my qualifications and those of my colleagues to serve as counsel for the Proposed Class in this case. The following facts are based on my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

4.      Lambda Legal is committed to the vigorous, effective, and efficient prosecution of the interests of Plaintiffs and the proposed class (the "Class"). In addition to myself, the team from Lambda Legal working on this case includes Karen Loewy, Nora Huppert, and A.D. Sean Lewis.

5.      Based on my co-representation of Plaintiffs in this matter with the American Civil Liberties Union Foundation ("ACLU") and the New York Civil Liberties Union Foundation

1

("NYCLU"), it is my belief that the attorneys of the ACLU and NYCLU working on this matter are likewise committed to the vigorous, effective, and efficient prosecution of this matter.

6.    Lambda Legal and I have dedicated, and will continue to commit, substantial resources to the representation of the Class.

7.    Plaintiffs' counsel have agreed to act jointly as Class counsel, if the Court so designates them.

## I. Lambda Legal's Experience

### A. Lambda Legal's experience with civil rights cases on behalf of transgender people

8.    Lambda Legal has extensive experience in the law surrounding the civil rights of transgender people. Founded in 1973, Lambda Legal is the oldest and largest legal organization committed to achieving full recognition of the civil rights of LGBTQ people and people living with HIV through impact litigation, education, and public policy work. Lambda Legal has been party counsel and counsel for *amici curiae* in numerous constitutional and civil rights cases seeking equal treatment for transgender people.

9.    For example, Lambda Legal served as counsel of record or counsel for *amici curiae* in cases looking to eliminate discriminatory barriers to healthcare for LGBTQ+ people, particularly transgender people. *See, e.g.*, *United States v. Skrmetti*, 605 U.S. 495 (2025); *Fain v. Crouch*, 618 F. Supp. 3d 313 (S.D.W. Va. 2022), *rev'd in part, vacated in part sub nom. Anderson v. Crouch*, 169 F.4th 474 (4th Cir. 2026); *C.P. by & through Pritchard v. Blue Cross Blue Shield of Illinois*, No. 20-cv-06145, 2022 WL 17788148 (W.D. Wash. Dec. 19, 2022), *aff'd in part, rev'd in part, vacated and remanded sub nom. Pritchard on behalf of C.P. v. Blue Cross Blue Shield of Illinois*, 159 F.4th 646 (9th Cir. 2025); *Kadel v. Folwell*, 620 F. Supp. 3d 339 (M.D.N.C. 2022), *aff'd*, *Kadel v. Folwell*, 100 F.4th 122, 136 (4th Cir. 2024) (*en banc*), *cert. granted, judgment*

*vacated, and remanded*, 145 S. Ct. 2838 (2025); *L.B. v. Premera Blue Cross*, 781 F. Supp. 3d 1128 (W.D. Wash.), *adhered to*, 795 F. Supp. 3d 1311 (W.D. Wash. 2025); *Dekker v. Weida*, 679 F. Supp. 3d 1271 (N.D. Fla. 2023), *appeal pending*, No. 23-12155 (11th Cir. argued Nov. 22, 2024); *Fletcher v. State of Alaska*, 443 F. Supp. 3d 1024 (D. Alaska 2020); *Whitman-Walker Clinic v. U.S. Dep't of Health and Hum. Servs.*, 485 F. Supp. 3d 1 (D.D.C. 2020); *Cnty. of Santa Clara v. U.S. Dep't of Health and Hum. Servs.*, 411 F. Supp. 3d 1001 (N.D. Cal. 2019); *E.N. v. Kehoe*, 726 S.W.3d 679 (Mo. 2026); *State v. Loe*, 692 S.W.3d 215 (Tex. 2024); *Cross by & through Cross v. State*, 560 P.3d 637 (Mont. 2024); *Soe v. Lousiana Bd. of Med. Examiners*, No. 2024-172 (Orleans Parish Civ. Dist. Ct., La. filed Jan. 8, 2024); *Southampton Community Healthcare v. Bailey*, No. 23SL-CC01673 (St. Louis Cnty. Cir. Ct., Mo. filed Apr. 25, 2023).

10. In addition, Lambda Legal is counsel in cases several challenging the current administration's actions targeting transgender people for discrimination. *See*, *e.g.*, *Am. Ass'n of Physicians for Hum. Rts., Inc. v. Nat'l Institutes of Health*, 795 F. Supp. 3d 678 (D. Md. 2025); *Schlacter v. United States*, 804 F. Supp. 3d 592 (D. Md. 2025), *appeal pending*, No. 25-2358 (4th Cir.); *San Francisco A.I.D.S. Found. v. Trump*, 786 F. Supp. 3d 1184 (N.D. Cal. 2025), *appeal pending*, No. 25-4988 (9th Cir.); *Nat'l Urb. League v. Trump*, 783 F. Supp. 3d 61 (D.D.C. 2025); *Shilling v. United States*, 773 F. Supp. 3d 1069 (W.D. Wash. 2025), *appeal pending*, No. 25-2039 (9th Cir., argued Sept. 17, 2025); *PFLAG, Inc. v. Trump*, 769 F. Supp. 3d 405 (D. Md. 2025), *appeal pending*, No. 25-1279 (4th Cir.); *Gilbert Baker Found. v. U.S. Dep't of Interior*, No. 26-cv-01317 (S.D.N.Y. filed Feb. 17, 2026).

11. Of particular relevance here, Lambda Legal has served as *amicus curiae* in several cases involving challenges to administrative subpoenas or civil investigative demands relating to gender-affirming medical care by the current administration. *See*, *e.g.*, *QueerDoc, PLLC v. U.S.*

*Dep't of Justice*, No. 25-7384 (9th Cir.); *In re Admin. Subpoena 25 1431 032 to Rhode Island Hosp.*, No. CV 1:26-MC-0007-MSM-AEM, 2026 WL 1392565 (D.R.I. May 14, 2026); *Endocrine Soc'y v. Fed. Trade Comm'n*, No. CV 26-512 (JEB), 2026 WL 1257289 (D.D.C. May 7, 2026); *World Pro. Ass'n for Transgender Health v. Fed. Trade Comm'n*, No. CV 26-532 (JEB), 2026 WL 1257321 (D.D.C. May 7, 2026).

12.    Lambda Legal's work on behalf of transgender people also is integrally tied to Lambda Legal's history of advancing the constitutional and civil rights of the broader LGBTQ community for more than half a century, which has led to Lambda Legal's involvement as party counsel, and on behalf of *amici curiae*, in leading Supreme Court cases addressing the rights of LGBTQ people. *See*, *e.g.*, *United States v. Skrmetti*, 605 U.S. 495 (2025) (party counsel); *Bostock v. Clayton Cnty.*, 590 U.S. 644 (2020) (*amicus*); *Obergefell v. Hodges*, 576 U.S. 644 (2015) (party counsel); *United States v. Windsor*, 570 U.S. 744 (2013) (*amicus*); *Christian Legal Soc'y Chapter of the Univ. of Cal., Hastings Coll. of the Law v. Martinez*, 561 U.S. 661 (2010) (*amicus*); *Lawrence v. Texas*, 539 U.S. 558 (2003) (party counsel); and *Romer v. Evans*, 517 U.S. 620 (1996) (party counsel).

### B. Lambda Legal's Experience with Class Action Cases

13.    Lambda Legal also has experience handling both putative and certified class action suits, including *Bostic v. Schaefer*, 760 F.3d 352 (4th Cir. 2014) (counsel for plaintiff-intervenor class); *Díaz v. Brewer*, 656 F.3d 1008 (9th Cir. 2011) (counsel for plaintiff class certified in subsequent proceedings); *Jackson-Edney v. Labrador*, No. 1:26-cv-00261 (D. Idaho filed Apr. 29, 2026) (counsel for putative class); *L.B. v. Premera Blue Cross*, 795 F. Supp. 3d 1311 (W.D. Wash. 2025) (counsel for putative class); *C.P. by & through Pritchard v. Blue Cross Blue Shield of Illinois*, 705 F. Supp. 3d 1273 (W.D. Wash. 2023) (counsel for certified plaintiff class); *Fain v. Crouch*, No.

3:20-cv-0740, 2022 WL 3051014 (S.D.W. Va. Aug. 2, 2022) (counsel for certified plaintiff class); *Thornton v. Comm'r of Soc. Sec.*, 570 F. Supp. 3d 1010 (W.D. Wash. 2020) (counsel for certified plaintiff class); *Ely v. Saul*, 572 F.Supp.3d 751 (D. Ariz. 2020) (counsel for certified plaintiff class); *Being v. Crum*, No. 3:19-cv00060 (D. Alaska filed March 4, 2019) (counsel for putative plaintiff class); *Birchfield v. Armstrong*, No. 4:15-cv-00615, 2017 WL 1433032 (N.D. Fla. Mar. 23, 2017) (counsel for certified plaintiff class); *Torres v. Rhoades*, No. 3:15-cv-00288-bbc, 2015 WL 9304584 (N.D. Ill. Dec. 21, 2015) (counsel for putative plaintiff class); *Inniss v. Aderhold*, 80 F.Supp.3d 133 (N.D. Ga. 2015) (counsel for putative plaintiff class); *Lee v. Orr*, No. 1:13-cv-08719, 2014 WL 683680 (N.D. Ill. filed Feb. 21, 2014) (counsel for certified plaintiff class); and *East v. Blue Cross & Blue Shield of La.*, No. 3:14-cv-00115, 2014 WL 8332136 (M.D. La. Feb. 24, 2014) (counsel for putative plaintiff class).

## II.    Experience of Lambda Legal Counsel in this Case

### A.  Omar Gonzalez-Pagan

14.    I, Omar Gonzalez-Pagan, am Senior Counsel and the Health Care Strategist at Lambda Legal. I graduated from the University of Pennsylvania Law School in 2010 and have practiced law continuously since that time.

15.    I am admitted to the bars of the Commonwealth of Massachusetts and the State of New York. In addition to the bar of this Court, I am also admitted to the bars of the United States District Courts for the District of Colorado, District of Columbia, District of Maryland, District of Massachusetts, the Eastern and Northern Districts of New York; the United States Courts of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, Eleventh, and D.C. Circuits; and the U.S. Supreme Court.

16. After law school, I worked as an Assistant Attorney General for the Commonwealth of Massachusetts until 2012. I worked within the Insurance and Unemployment Fraud, Civil Rights, and Administrative Law Divisions of the Massachusetts Attorney General's Office, wherein I represented the Commonwealth of Massachusetts in civil and criminal matters. As part of my employment at the Attorney General's Office, I also served as a Special Assistant District Attorney for the Suffolk County District Attorney's Office in Boston, Massachusetts in 2011. From 2012 to 2014, I worked as Associate General Counsel for the Massachusetts Inspector General's Office overseeing criminal and civil investigations into fraud, waste, and abuse in governmental programs.

17. In 2014, I joined Lambda Legal as a Staff Attorney and have since been promoted to Senior Attorney, Counsel, and now Senior Counsel. At Lambda Legal, I advocate for the full recognition of the civil rights of LGBTQ people and people living with HIV. Since 2017, I have served as Lambda Legal's Health Care Strategist.

18. While at Lambda Legal, I have served as lead counsel in over two dozen cases involving the rights of LGBTQ people before state and federal district courts and courts of appeal, as well as been part counsel of record in over two dozen additional cases in federal and state courts, including the U.S. Supreme Court. I have also worked as counsel for *amici curiae* in over fifty matters involving the rights of LGBTQ people and people living with HIV. I have argued before several federal and state trial courts, the U.S. Courts of Appeals for the First, Fourth, Sixth, Ninth, and Tenth Circuits, and served as counsel of record before the U.S. Supreme Court.

19. Among the cases I have served as counsel of record are the following: *Am. Ass'n of Physicians for Hum. Rts., Inc.*, No. 8:25-cv-01620 (D. Md.) (challenge to NIH policies prohibiting funding for LGBTQ-related research); *Schlacter*, No. 1:25-cv-01344 (D. Md.)

(challenged to passport policy prohibiting updating of gender marker on passports); *San Francisco A.I.D.S. Found.*, No. 4:25-cv-01824 (N.D. Cal.) (challenge to anti-DEI and Gender EO); *Shilling*, No. 2:25-cv-00241 (W.D. Wash.) (challenge to ban on military service by transgender persons); *PFLAG, Inc.*, No. 8:25-cv-00337-BAH (D. Md.) (challenge to executive orders prohibiting funding to healthcare providers who provide gender-affirming medical care); *Gilbert Baker Found.*, No. 1:26-cv-01317 (S.D.N.Y.) (challenge to removal of Pride flag from the Stonewall National Monument); *C.P. by & through Pritchard v. Blue Cross Blue Shield of Illinois*, No. 3:20-cv-06145 (W.D. Wash.) (class action challenging gender-affirming medical care exclusion); *Kadel*, No. 1:19-cv-00272 (M.D.N.C.) (challenge to gender-affirming medical care exclusion in state health plan); *L.B. v. Premera Blue Cross*, No. 2:23-cv-00953 (W.D. Wash.) (putative class action challenging gender-affirming medical care exclusion); *Dekker*, No. 4:22-cv-00325 (N.D. Fla.) (challenge to gender-affirming medical care exclusion in state Medicaid plan); *Whitman-Walker Clinic*, No. 1:20-cv-01630 (D.D.C.) (challenge to regulations under the Affordable Care Act); *Cnty. of Santa Clara v. U.S. Dep't of Health and Human Servs.*, No. 5:19-cv-02916 (N.D. Cal.) (challenge to regulations seeking to create rights to deny necessary healthcare); *Noe v. Parson*, No. 23AC-CC04530 (Cole Cnty. Cir. Ct., Mo.) (challenge to state ban on gender-affirming medical care for minors), *on appeal*, No. SC100933 (Mo. Sup. Ct.); *Loe v. Texas*, No. D-1-GN-23-003616 (Travis Cnty. Dist. Ct., Tex.) (challenge to state ban on gender-affirming medical care for minors), *on appeal*, No. 23-0697 (Tex. Sup. Ct.); *Soe v. Lousiana Bd. of Med. Examiners*, No. 2024-172 (Orleans Parish Civ. Dist. Ct., La.) (challenge to state ban on gender-affirming medical care for minors); *Southampton Community Healthcare v. Bailey*, No. 23SL-CC01673 (St. Louis Cnty. Cir. Ct., Mo.) (challenge to proposed state regulations seeking to impose restrictions on gender-affirming medical care for people of all ages).

**B. Karen L. Loewy**

20.    Karen L. Loewy is Senior Counsel and the Director of Constitutional Law Practice at Lambda Legal. Ms. Loewy graduated from Fordham University School of Law in 2000 and has continuously practiced law since then.

21.    She is a member of the bars of the State of New York, Commonwealth of Massachusetts, and District of Columbia. In addition to the bar of this Court, she is also admitted to the bars of the United States District Courts for the District of Colorado, District of Columbia, Northern District of Illinois, and the District of Massachusetts; the U.S. Tax Court; the United States Courts of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Ninth, Tenth, Eleventh, and D.C. Circuits; and the U.S. Supreme Court.

22.    Following her graduation from law school, Ms. Loewy was a Senior Staff Attorney with GLBTQ Legal Advocates & Defenders, where she engaged in a wide range of LGBTQ impact litigation and policy work throughout New England for nearly 12 years.

23.    In 2013, Ms. Loewy joined Lambda Legal as a Senior Attorney and has since been promoted to Counsel and now Senior Counsel. She has served as the Director of Constitutional Law Practice at Lambda Legal since 2022. At Lambda Legal, Ms. Loewy advocates for the full recognition of the civil rights of LGBTQ people and people living with HIV.

24.    While at Lambda Legal, Ms. Loewy has served as counsel of record or counsel for *amici curiae* in dozens of cases involving the rights of LGBTQ people before federal and state trial courts and courts of appeal, state supreme courts, and the U.S. Supreme Court. She has argued before the U.S. Court of Appeals for the Seventh Circuit, several U.S. District Courts, and the Supreme Judicial Court of Massachusetts, and served as counsel of record before the U.S. Supreme Court.

25.    Among the cases she has served as counsel of record are the following: *West Virginia v. B.P.J.*, No. 24-43 (U.S. S. Ct.) (challenge to state ban on transgender girl's participation on school sports team); *Skrmetti*, No. 23-477 (U.S. S. Ct.) (challenge to state ban on gender-affirming medical care for minors); *Am. Ass'n of Physicians for Hum. Rts., Inc.*, No. 8:25-cv-01620 (D. Md.) (challenge to NIH policies prohibiting funding for LGBTQ-related research); *Schlacter*, No. 1:25-cv-01344 (D. Md.) (challenge to passport policy prohibiting updating of gender marker); *San Francisco A.I.D.S. Found.*, No. 4:25-cv-01824 (N.D. Cal.) (challenge to anti-DEI and Gender EO); *PFLAG, Inc.*, No. 8:25-cv-00337 (D. Md.) (challenge to executive orders prohibiting funding to healthcare providers who provide gender-affirming medical care); *Gilbert Baker Found.*, No. 1:26-cv-01317 (S.D.N.Y.) (challenge to removal of Pride flag from the Stonewall National Monument); *Whitman-Walker Clinic*, No. 1:20-cv-01630 (D.D.C.) (challenge to regulations under the Affordable Care Act); *Family Equality v. Azar*, No. 1:20-cv-02403 (S.D.N.Y.) (challenge to agency decision to end enforcement of regulations barring discrimination in agency-funded grants program); *Thornton*, No. 2:18-cv-01409 (W.D. Wash.) (class action on behalf of surviving same-sex partners denied Social Security benefits); *Ely*, No. 4:18-cv-00557 (D. Ariz.) (class action on behalf of surviving same-sex spouses denied Social Security benefits); *Wetzel v. Glen St. Andrew Living Cmty.*, No. 1:16-cv-07598 (N.D. Ill.) (case on behalf of a lesbian senior alleging sex- and sexual orientation-based harassment and discrimination in her senior living community), *on appeal*, No. 17-1322 (7th Cir.); *Birchfield*, No. 4:15-cv-00615 (N.D. Fla.) (class action on behalf of same-sex spouses denied accurate death certificates);  *Loe v. Texas*, No. D-1-GN-23-003616 (Travis Cnty. Dist. Ct., Tex.) (challenge to state ban on gender-affirming medical care for minors), *on appeal*, No. 23-0697 (Texas Supreme Court).

### C. Nora Huppert

26.    Nora Huppert is the William J. Thom Senior Attorney at Lambda Legal. Ms. Huppert graduated from Columbia Law School in 2019 and has continuously practiced law since then.

27.    She is a member of the bar in California and Illinois. She is also admitted to the bars of the U.S. District Court for the Eastern District of California, and the U.S. Courts of Appeals for the Fourth, Ninth, Tenth, and Eleventh Circuits.

28.    Since graduating law school, Ms. Huppert has been practicing as an attorney at Lambda Legal, first as the Renberg Legal Fellow from 2019 to 2021, then as a Staff Attorney from 2021 to 2025, and now as a Senior Attorney since 2025.

29.    At Lambda Legal, Ms. Huppert advocates for the full recognition of the civil rights of LGBTQ people and people living with HIV.

30.    Ms. Huppert has been counsel in, among others, the following cases: *PFLAG, Inc.*, No. 8:25-cv-00337 (D. Md) (challenge to executive orders prohibiting funding to healthcare providers who provide gender-affirming medical care); *Chandler v. California Dep't of Corr. & Rehab.*, No. 1:21-cv-01657 (E.D. Cal.) (intervention of behalf several incarcerated transgender persons to defend California law involving prison housing protections for transgender people); *F.V. v. Jeppessen*, No. 1:17-cv-00170 (D. Idaho) (seeking to enforce prior injunction that enjoined state prohibition on transgender people obtaining corrections to identity documents); *Cross v. Montana*, No. DV-23-541 (4th Jud. Dist., Missoula Cnty., Mont.); *Noe v. Parson*, No. 23AC-CC04530 (Cole Cnty. Cir. Ct., Mo.) (challenge to state ban on gender-affirming medical care for minors); *Southampton Community Healthcare*, No. 23SL-CC01673 (St. Louis Cnty. Cir. Ct., Mo.)

10

(challenge to proposed state regulations seeking to impose restrictions on gender-affirming medical care for people of all ages).

### D. A.D. Lewis

31.    A.D. Lewis is a Senior Attorney at Lambda Legal. Mr. Lewis graduated from Stanford Law School in 2021 and has practiced law continuously since then.

32.    He is a member of the California bar. He is also admitted to the bars of the U.S. Courts of Appeals for the First and Ninth Circuits.

33.    After law school, Mr. Lewis worked at Disability Rights California as a Staff Attorney and Equal Justice Works Fellow from 2021 to 2022. From 2022 to 2025, Mr. Lewis worked at the Prison Law Office in Berkeley, California, where he worked as a Staff Attorney and Equal Justice Works Fellow from 2022 to 2023 and the Founder and Manager of the Trans Beyond Bars Project from 2023 to 2025.

34.    Mr. Lewis joined Lambda Legal in 2025, where he advocates for the full recognition of the civil rights of LGBTQ people and people living with HIV.

35.    Mr. Lewis has been counsel in, among others, the following cases: *Sexuality and Gender Alliance v. Critchfield*, No. 1:23-cv-00315 (D. Idaho) (challenge to Idaho's K-12 restroom ban); *Jones v. Critchfield*, No 1:25-cv-00314-DCN (D. Idaho) (challenge to Idaho's university restroom ban); *Jackson-Edney v. Labrador*, No. 1:26-cv-00261 (D. Idaho filed Apr. 29, 2026) (class action challenge to Idaho's criminal bathroom ban); *In re: Correction of Vital Record K.R.* (Wyo. Sup. Ct. 2026) (challenge to discriminatory vital records law); *Duckett v. Garcia*, No. 25-4969 (9th Cir.) (counsel for amicus in support of transgender prisoner); *Plata v. Newsom*, No. 4:01-cv-01351 (N.D. Cal.) (class action on behalf of California state prisoners with a serious medical condition); *Armstrong v. Newsom*, No. 4:94-cv02307 (N.D. Cal.) (class action on behalf of

California state prisoners with disabilities); *Mays v. Sacramento*, No. 2:18-cv-02081-TLN-KJN (E.D. Cal.) (class action on behalf of all people incarcerated in Sacramento county jails); *Gray v. Riverside*, No. 5:13-cv-00444 (C.D. Cal.) (class action on behalf of all people incarcerated in Riverside county jails); *Young v. Contra Costa*, No. 3:20-cv-06848 (N.D. Cal) (class action on behalf of all people incarcerated in Contra Costa county jails).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 1, 2026

*/s/ Omar Gonzalez-Pagan*
Omar Gonzalez-Pagan