**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| CARTER COE, by and through his parent and next friend, CAROLINE COE; et al., *on behalf of themselves and all similarly situated*,<br><br>*Plaintiffs*,<br><br>v.<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; et al.,<br><br>*Defendants*. | Case No. 1:26-cv-04641-JAV |

**DECLARATION OF CHASE STRANGIO IN SUPPORT OF**
**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Chase Strangio, hereby declare and state as follows:

1. I am Co-Director of the American Civil Liberties Union Foundation's (ACLU) Jon L. Stryker and Slobodan Randjelović LGBTQ & HIV Project, and I am co-counsel for Plaintiffs and the Proposed Class (the "Class") in this matter.

2. I submit this declaration in support of Plaintiffs' Motion for Class Certification.

3. I make this declaration to describe my qualifications and those of my colleagues to serve as counsel for the Class in this case. The following facts are based on my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

4. The ACLU is committed to the vigorous, effective, and efficient prosecution of the interests of Plaintiffs and the Class. In addition to myself, the team from the ACLU working on this case includes Elizabeth Gill and Shana Knizhnik.

5. Based on my co-representation of Plaintiffs in this matter with the New York Civil Liberties Union Foundation ("NYCLU") and Lambda Legal, it is my belief that the

1

attorneys of NYCLU and Lambda Legal working on this matter are likewise committed to the vigorous, effective, and efficient prosecution of this matter.

6.      The ACLU and I have dedicated, and will continue to commit, substantial resources to the representation of the Class.

7.      Plaintiffs' counsel have agreed to act jointly as Class Counsel, if the Court so designates them.

8.      The ACLU's Jon L. Stryker and Slobodan Randjelović LGBTQ & HIV Project (the Project) works to ensure that lesbian, gay, bisexual, transgender, and queer people can live openly without discrimination and enjoy equal rights, personal autonomy, freedom of expression and association. One of our current priorities is to end discrimination, harassment, and violence toward transgender people, including discrimination against transgender people public spaces. The Project has successfully litigated numerous class actions, including for the purpose of vindicating the rights of transgender people and challenging discriminatory governmental action. The team working on this case also includes Elizabeth Gill and Shana Knizhnik.

9.      I, Chase Strangio, have been a lawyer with the ACLU since 2013. In my thirteen years at the ACLU, I have extensively litigated cases on behalf of LGBTQ litigants raising constitutional and statutory civil rights claims in state and federal courts across the country, including in five cases at the Supreme Court of the United States. I was among class counsel for plaintiffs on *K.C. v. Individual Members of the Medical Licensing Board of Indiana*, No. 1:23-CV-00595-JPH-KMB (S.D. Ind.), which challenged the denial of medical care for transgender adolescents by the State of Indiana.

10.      Elizabeth Gill is a Senior Counsel at the ACLU's Jon L. Stryker and Slobodan Randjelović LGBTQ & HIV Project. She has been a lawyer at the ACLU since 2008, and she has

extensively litigated cases on behalf of LGBTQ and other litigants raising constitutional and statutory civil rights claims. She was among class counsel for plaintiffs in *J.D. v. Azar*, 925 F.3d 1291 (D.C. Cir. 2019), on behalf of unaccompanied minor immigrants denied access to abortions.

11.    Shana Knizhnik is a Senior Staff Attorney at the ACLU's Jon L. Stryker and Slobodan Randjelović LGBTQ & HIV Project. She has been a lawyer with the ACLU since 2024, and previously worked from 2016-2018 as a legal fellow with the ACLU of the District of Columbia. She is currently among class counsel for plaintiffs in *Kingdom v. Trump*, No. 1:25-cv-691-RCL (D.D.C.), challenging the denial of gender affirming medical care and social accommodations for transgender individuals in the custody of the Federal Bureau of Prisons, for which preliminary injunctive relief and class certification were granted. *See* 2025 WL 1568238, at *1 (D.D.C. June 3, 2025). She is also currently putative class counsel in *Withrow v. United States*, No. 1:25-cv-04073-ZMF (D.D.C.), challenging the policy implemented across the federal government limiting transgender and intersex federal employees' use of restrooms that align with their gender identity, as mandated by Executive Order 14168. She was among class counsel for plaintiffs in *J.D. v. Azar*, 925 F.3d 1291 (D.C. Cir. 2019), on behalf of unaccompanied minor immigrants denied access to abortions.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 1, 2026

*/s/ Chase Strangio*
Chase Strangio

3