UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
                                                              :
CARTER COE, BY AND THROUGH HIS PARENT        :
AND NEXT FRIEND, CAROLINE COE, et al.,              :
                                                              :                    26-CV-04641 (JAV)
                                   Plaintiffs,                :
                                                              :                         ORDER
                    -v-                                      :
                                                              :
TODD BLANCHE, IN HIS OFFICIAL CAPACITY AS     :
ACTING ATTORNEY GENERAL OF THE UNITED         :
STATES, et al.,                                             :
                                                              :
                                   Defendants.           :
-------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On June 2, 2026, Plaintiff initiated this action and filed an accompanying application for a temporary restraining order and provisional class certification.

The Court adopts the briefing schedule proposed at ECF No. 7. Defendants' opposition to Plaintiffs' motion for emergency relief and provisional class certification is due by Friday, June 5, 2026, at noon. Plaintiffs' Reply, if any, is due by Saturday, June 6, 2026.

Counsel for all parties shall appear for a conference with the Court with respect to these motions on **Wednesday, June 10, 2026, at 2:30 PM** in Courtroom 11B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

Additionally, the Court ORDERS the parties to meet and confer with respect to the following questions:

1) Whether plaintiffs will be filing a motion for a preliminary injunction, and if so, the proposed briefing schedule with respect to such motion;

2) Whether any party will be filing a motion for expedited discovery in aid of the preliminary injunction motion. If so, the parties should meet and confer regarding the

proposed scope of such requested discovery, and the length of time that would be required for such discovery;

3) If Plaintiffs will be filing a motion for a preliminary injunction, whether any party requests an evidentiary hearing in connection with the motion for a preliminary injunction, and if so, the timing and anticipated length of such a hearing;

4) If an evidentiary hearing is requested, proposed dates for such a hearing (confirming the availability of any testifying witnesses with respect to such dates);

5) Whether the Court should consolidate a hearing on the preliminary injunction motion with a trial on the merits, pursuant to Rule 65(a)(2) of the Federal Rules of Civil Procedure;

6) Whether Defendants intend to file a motion to dismiss or other dispositive motion, and if so, the anticipated bases of and a proposed briefing schedule for such motion; and

7) If Defendants intend to move to dismiss, whether Plaintiffs would anticipate amending their complaint as of right, pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure.

By **noon** on **June 9, 2026**, the parties should submit a joint letter setting forth the parties' agreement on these questions, or, if no agreement is reached, their respective positions on each of these questions. The joint letter should address each of these questions separately, in subparts set forth under the reproduced question.

SO ORDERED.

Dated: June 3, 2026
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge

2