CARTER COE, by and through his parent and next friend, CAROLINE COE; et al., *on behalf of themselves and all similarly situated*,

        *Plaintiffs*,

        v.

TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; et al.,

        *Defendants*.

Case No. 1:26-cv-04641-JAV

## MOTION FOR ADMISSION *PRO HAC VICE* BY NORA HUPPERT

Pursuant to Local Civil Rule 1.3(i), *et seq.*, Nora Huppert, moves the Court for admission *pro hac vice* to appear on behalf of all Plaintiffs in the above-styled and numbered matter.

In support of this motion, the following are attached:

1.  Affidavit of applicant that complies with Local Civil Rule 1.3(k);

2.  Certificate of Standing for the State of California.

3.  Certificate of Standing for the State of Illinois

Nora Huppert respectfully requests his admission *pro hac vice* be granted.

Dated: June 4, 2026

Respectfully submitted,

*/s/Nora Huppert*
Nora Huppert
**Lambda Legal Defense
and Education Fund, Inc.**
3656 N. Halsted Street
Chicago, Illinois 60613
Telephone: 312-605-3233

1

Facsimile: 855-535-2236
nhuppert@lambdalegal.org

*Attorney for Plaintiffs*