# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

CARTER COE, by and through his parent and next friend, CAROLINE COE; et al., *on behalf of themselves and all similarly situated*,

      *Plaintiffs,*

      v.

TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; et al.,

      *Defendants*.

Case No. 1:26-cv-04641-JAV

**ORDER FOR ADMISSION**
***PRO HAC VICE***

The motion of Nora Huppert, for admission to practice *Pro Hac Vice* in the above action is granted.

Applicant has declared that he is a member of good standing of the bar of the state of California, and that his contact information is as follows:

Applicant's Name: <u>Nora Huppert</u>

Firm Name: <u>Lambda Legal Defense and Education Fund, Inc.</u>

Address: <u>3656 North Halsted Steet</u>

City/ State / Zip: <u>Chicago, IL 60613-5974</u>

Telephone / Fax: <u>312-663-4413 / 855-535-2236</u>

Applicant having requested *Pro Hac Vice* to appear for all purposes as counsel for all Plaintiffs, in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* inn the above captioned case in the United States District Court for the Southern District of New York.

1

2

All attorneys appearing before this Court are subject to the Local Rules of the Court, including

the Rules governing discipline of attorneys.

Dated:_____    _____

United States District / Magistrate Judge