# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

CARTER COE, by and through his parent and next friend, CAROLINE COE; et al., *on behalf of themselves and all similarly situated*,

        *Plaintiffs*,

        v.

TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; et al.,

        *Defendants*.

Case No. 1:26-cv-04641-JAV

## AFFIDAVIT OF A.D. SEAN LEWIS

I, **A.D. Sean Lewis**, declare under penalty of perjury that the following is correct and true:

1. I am a member of the bar of the State of California.

2. In support of my application, I further state:

   a. I have never been convicted of a felony.

   b. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

   c. There are no disciplinary proceedings presently against me.

I respectfully request my admission *pro hac vice* be granted.

1

Dated: June __, 2026

Respectfully submitted,

/s/  *[signature]*

A.D. Sean Lewis
**Lambda Legal Defense
and Education Fund, Inc.**
800 South Figueroa St., Suite 1260
Los Angeles, CA 90017
Telephone: 213-382-7600
Facsimile: 855-535-2236
alewis@lambdalegal.org

*Attorney for Plaintiffs*

Subscribed and sworn to before me this __ day of June, 2026.

_____
Notary Public

My commission expires: June 8, 2027

RICHARD CRAIG
COMM. # 2447581
NOTARY PUBLIC - CALIFORNIA
ALAMEDA COUNTY
COMM. EXPIRES JUNE 8, 2027

2