UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARTER COE, by and through his parent and next friend, CAROLINE COE; REED ROE, by and through his parent and next friend, RILEY ROE; NICOLE NOE, by and through her parent, NORMAN NOE; KARL KOE; and JAY DOE, *on behalf of themselves and all similarly situated*, <br><br> *Plaintiffs*, <br><br> v. <br><br> TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; U.S. DEPARTMENT OF JUSTICE; NYU LANGONE HEALTH SYSTEM; NYU LANGONE HOSPITALS; and NYU GROSSMAN SCHOOL OF MEDICINE, A DIVISION OF NEW YORK UNIVERSITY, <br><br> *Defendants*. | No. 1:26-cv-04641 (JAV) |

**NOTICE OF UNOPPOSED MOTION OF THE STATES OF NEW YORK, MASSACHUSETTS, ET AL. FOR LEAVE TO FILE BRIEF AS AMICI CURIAE IN SUPPORT OF PLAINTIFFS**

PLEASE TAKE NOTICE that, upon the accompanying memorandum in support, the States of New York, Massachusetts, Arizona, California, Colorado, Connecticut, Delaware, Illinois, Maine, Maryland, Michigan, Minnesota, Nevada, New Jersey, New Mexico, Oregon, Rhode Island, Vermont, Virginia, and Washington, and the District of Columbia will move this Court, before the Honorable Jeannette A. Vargas, United States District Judge, at the United States Courthouse located at 500 Pearl Street, New York, New York, 10007, at a date and time to be determined by the Court, for an order permitting the amici States to file the proposed brief attached to this motion as amici curiae in support plaintiffs' motion for a temporary restraining order.

Plaintiffs consent to this request. Defendants do not oppose this request.

Dated:  New York, New York
      June 9, 2026

                                             Respectfully submitted,

ANDREA JOY CAMPBELL             LETITIA JAMES
  *Attorney General*                  *Attorney General*
  *Commonwealth of Massachusetts*     *State of New York*

                                       By: *  /s/ Mark S. Grube  *.
                                          MARK S. GRUBE
                                          Senior Assistant Solicitor General

ALLYSON SLATER                 BARBARA D. UNDERWOOD
  *Director, Reproductive Justice Unit*     *Solicitor General*
ADAM M. CAMBIER             MATTHEW FAIELLA
MORGAN CARMEN              *Special Counsel*
JAK KUNDLE                ZOE RIDOLFI-STARR
  *Assistant Attorneys General*         *Assistant Attorney General*
                                      *of Counsel*

One Ashburton Place             28 Liberty Street
Boston, MA 02108               New York, NY 10005
(617) 727-2200                 (212) 416-8028

*(Counsel listing continues on next page.)*

2

KRISTIN K. MAYES
  *Attorney General*
  *State of Arizona*
2005 N. Central Ave.
Phoenix, AZ 85004

ROB BONTA
  *Attorney General*
  *State of California*
1300 I Street
Sacramento, CA 95814

PHILIP J. WEISER
  *Attorney General*
  *State of Colorado*
1300 Broadway 10th Fl.
Denver, CO 80203

WILLIAM TONG
  *Attorney General*
  *State of Connecticut*
165 Capitol Avenue
Hartford, CT 0610

KATHLEEN JENNINGS
  *Attorney General*
  *State of Delaware*
820 N. French Street
Wilmington, DE 19801

KWAME RAOUL
  *Attorney General*
  *State of Illinois*
115 S. LaSalle Street
Chicago, IL 60603

AARON M. FREY
  *Attorney General*
  *State of Maine*
6 State House Station
Augusta, ME 04333

ANTHONY G. BROWN
  *Attorney General*
  *State of Maryland*
200 Saint Paul Place
Baltimore, MD 21202

DANA NESSEL
  *Attorney General*
  *State of Michigan*
P.O. Box 30212
Lansing, MI 48909

KEITH ELLISON
  *Attorney General*
  *State of Minnesota*
102 State Capitol
75 Rev. Dr. Martin Luther King
Jr. Blvd.
St. Paul, MN 55155

AARON D. FORD
  *Attorney General*
  *State of Nevada*
100 North Carson Street Carson
City, NV 89701

JENNIFER DAVENPORT
  *Attorney General*
  *State of New Jersey*
25 Market Street
Trenton, NJ 08625

RAÚL TORREZ
  *Attorney General*
  *State of New Mexico*
408 Galisteo Street
Santa Fe, NM 87501

DAN RAYFIELD
  *Attorney General*
  *State of Oregon*
1162 Court Street N.E.
Salem, OR 97301

PETER F. NERONHA
  *Attorney General*
  *State of Rhode Island*
150 South Main Street
Providence, RI 02903

CHARITY R. CLARK
  *Attorney General*
  *State of Vermont*
109 State Street
Montpelier, VT 05609

JAY JONES
  *Attorney General*
  *Commonwealth of Virginia*
202 North Ninth Street
Richmond, VA 23219

NICHOLAS W. BROWN
  *Attorney General*
  *State of Washington*
P.O. Box 40100
Olympia, WA 98504

BRIAN L. SCHWALB
  *Attorney General*
  *District of Columbia*
400 6th St., N.W., Ste. 8100
Washington, D.C. 20001