UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARTER COE, by and through his parent and next friend, CAROLINE COE; REED ROE, by and through his parent and next friend, RILEY ROE; NICOLE NOE, by and through her parent, NORMAN NOE; KARL KOE; and JAY DOE, *on behalf of themselves and all similarly situated*,<br><br>*Plaintiffs*,<br><br>v.<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; U.S. DEPARTMENT OF JUSTICE; NYU LANGONE HEALTH SYSTEM; NYU LANGONE HOSPITALS; and NYU GROSSMAN SCHOOL OF MEDICINE, A DIVISION OF NEW YORK UNIVERSITY,<br><br>*Defendants*. | No. 1:26-cv-04641 (JAV) |

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION OF STATES OF NEW YORK, MASSACHUSETTS, ET AL. FOR LEAVE TO FILE BRIEF AS AMICI CURIAE IN SUPPORT OF PLAINTIFFS**

The States of New York, Massachusetts, Arizona, California, Colorado, Connecticut, Delaware, Illinois, Maine, Maryland, Michigan, Minnesota, Nevada, New Jersey, New Mexico, Oregon, Rhode Island, Vermont, Virginia, and Washington, and the District of Columbia move this Court for permission to file the accompanying brief as amici curiae to provide the Court with unique and relevant information.

While "'[t]here is no governing standard, rule, or statute prescribing the procedure for obtaining leave to file an amicus brief in the district court,'" the district courts have "'broad inherent authority to permit or deny an appearance as amicus curiae in a case.'" *Goldstein v. Hochul*, No. 22-cv-8300, 2022 WL 22915988, at *1 (S.D.N.Y. Oct. 19, 2022) (quoting *Onondaga Indian Nation v. State*, No. 97-CV-445, 1997 WL 369389, at *2 (N.D.N.Y. June 25, 1997)).

District courts within this Circuit generally grant leave to file an amicus brief where the brief will "aid the Court in the resolution of the issues before it" and "contains unique information and perspective, offering insights not available from the other parties in this particular action." *Verizon New York Inc. v. Village of Westhampton Beach*, No. 11-cv-252, 2014 WL 12843519, at *2 (E.D.N.Y. Mar. 31, 2014); *see also Doe #1 by Parent #1 v. New York City Dep't of Educ.*, No. 16-cv-1684, 2018 WL 3637962, at *9 (E.D.N.Y. July 31, 2018); *Lehman XS Trust, Series 2006-GP2 v. GreenPoint Mortg. Funding, Inc.*, No. 12-cv-7935, 2014 WL 265784, at *1 (S.D.N.Y. Jan. 23, 2014); *Citizens Against Casino Gambling in Erie Cty. v. Kempthorne*, 471 F. Supp. 2d 295, 311 (W.D.N.Y. 2007), *amended on reconsideration in part*, No. 06-cv-1S, 2007 WL 1200473 (W.D.N.Y. Apr. 20, 2007). The proposed amicus curiae brief satisfies that standard.

The claims in this proceeding arise from a federal grand jury subpoena from the U.S. Attorney's Office for the Northern District of Texas served on New York University (NYU) Langone Hospitals. The subpoena seeks identifying and sensitive personal healthcare information concerning transgender healthcare. New York and other amici States have unique and compelling interests in this litigation, and relevant experience as well. Amici States are home to hospitals, like NYU Langone Hospitals, that provide essential and life-saving care to thousands of people every year, including transgender healthcare. These hospitals are at the forefront of biomedical and technological research, and they fuel the economies of amici States, including by creating jobs, spurring innovation, improving residents' health, and training the future workforce. Amici States have strong interests in regulating the practice of medicine in their jurisdictions, including by licensing doctors and other medical professionals; implementing standards of care for a wide variety of medical procedures and treatments; and enforcing those standards and other related regulations. In this realm, many amici States have enacted laws safeguarding access to transgender

healthcare services and protecting people who lawfully provide or help others access such care. In many amici States' experience, these laws are necessary to uphold the rights and dignity of our transgender residents and the health and well-being of our communities.

For these reasons, amici States request that the Court grant leave to file the accompanying brief as amici curiae.

Dated: New York, New York
       June 9, 2026

Respectfully submitted,

ANDREA JOY CAMPBELL
 *Attorney General*
 *Commonwealth of Massachusetts*

LETITIA JAMES
 *Attorney General*
 *State of New York*

By:   /s/ Mark S. Grube
      MARK S. GRUBE
      Senior Assistant Solicitor General

ALLYSON SLATER
 *Director, Reproductive Justice Unit*
ADAM M. CAMBIER
MORGAN CARMEN
JAK KUNDLE
 *Assistant Attorneys General*

BARBARA D. UNDERWOOD
 *Solicitor General*
MATTHEW FAIELLA
 *Special Counsel*
ZOE RIDOLFI-STARR
 *Assistant Attorney General*
       *of Counsel*

One Ashburton Place
Boston, MA 02108
(617) 727-2200

28 Liberty Street
New York, NY 10005
(212) 416-8028

*(Counsel listing continues on next page.)*

3

KRISTIN K. MAYES
  *Attorney General*
  *State of Arizona*
2005 N. Central Ave.
Phoenix, AZ 85004

ROB BONTA
  *Attorney General*
  *State of California*
1300 I Street
Sacramento, CA 95814

PHILIP J. WEISER
  *Attorney General*
  *State of Colorado*
1300 Broadway 10th Fl.
Denver, CO 80203

WILLIAM TONG
  *Attorney General*
  *State of Connecticut*
165 Capitol Avenue
Hartford, CT 0610

KATHLEEN JENNINGS
  *Attorney General*
  *State of Delaware*
820 N. French Street
Wilmington, DE 19801

KWAME RAOUL
  *Attorney General*
  *State of Illinois*
115 S. LaSalle Street
Chicago, IL 60603

AARON M. FREY
  *Attorney General*
  *State of Maine*
6 State House Station
Augusta, ME 04333

ANTHONY G. BROWN
  *Attorney General*
  *State of Maryland*
200 Saint Paul Place
Baltimore, MD 21202

DANA NESSEL
  *Attorney General*
  *State of Michigan*
P.O. Box 30212
Lansing, MI 48909

KEITH ELLISON
  *Attorney General*
  *State of Minnesota*
102 State Capitol
75 Rev. Dr. Martin Luther King
Jr. Blvd.
St. Paul, MN 55155

AARON D. FORD
  *Attorney General*
  *State of Nevada*
100 North Carson Street Carson
City, NV 89701

JENNIFER DAVENPORT
  *Attorney General*
  *State of New Jersey*
25 Market Street
Trenton, NJ 08625

RAÚL TORREZ
  *Attorney General*
  *State of New Mexico*
408 Galisteo Street
Santa Fe, NM 87501

DAN RAYFIELD
  *Attorney General*
  *State of Oregon*
1162 Court Street N.E.
Salem, OR 97301

4

PETER F. NERONHA
  *Attorney General*
  *State of Rhode Island*
150 South Main Street
Providence, RI 02903

NICHOLAS W. BROWN
  *Attorney General*
  *State of Washington*
P.O. Box 40100
Olympia, WA 98504

CHARITY R. CLARK
  *Attorney General*
  *State of Vermont*
109 State Street
Montpelier, VT 05609

BRIAN L. SCHWALB
  *Attorney General*
  *District of Columbia*
400 6th St., N.W., Ste. 8100
Washington, D.C. 20001

JAY JONES
  *Attorney General*
  *Commonwealth of Virginia*
202 North Ninth Street
Richmond, VA 23219