UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CARTER COE, by and through his parent and next friend, CAROLINE COE; REED ROE, by and through his parent and next friend, RILEY ROE; NICOLE NOE, by and through her parent, NORMAN NOE; KARL KOE; and JAY DOE, *on behalf of themselves and all similarly situated*, <br><br> *Plaintiffs*, <br><br> -v.- <br><br> TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; U.S. DEPARTMENT OF JUSTICE; NYU LANGONE HEALTH SYSTEM; NYU LANGONE HOSPITALS; and NYU GROSSMAN SCHOOL OF MEDICINE, A DIVISION OF NEW YORK UNIVERSITY, <br><br> *Defendants*. | **Case No.: 1:26-Civ.-04641-JAV** |

## <u>DECLARATION OF ZACHARY A. CUNHA</u>

ZACHARY A. CUNHA, an attorney duly admitted to practice before this Court, declares, under penalty of perjury, and pursuant to 28 U.S.C. § 1746, that the following statements are true and correct:

1.  I am a partner at the law firm Nixon Peabody LLP, attorneys for NYU Langone Health System, NYU Grossman School of Medicine, and NYU Langone Hospitals (collectively, "NYU Langone" or "NYULH"), and, as such, I am familiar with the matters set forth herein.

2.  I submit this declaration to place relevant information in the record in connection with NYULH's response to Plaintiffs' motion to Plaintiffs' Motion for a Temporary Restraining Order ("TRO") in this action (ECF No. 8).

3.  On or about May 7, 2026, the United States Department of Justice ("DOJ") served NYULH with a Grand Jury Subpoena out of the Northern District of Texas, commanding NYULH

to appear and produce documents before a grand jury on June 10, 2026.  (the "GJ Subpoena") A true and correct copy of the GJ Subpoena is annexed to the Complaint in this action (ECF No. 1) as Exhibit A.

4.      Since receipt of the GJ Subpoena, NYULH has engaged in multiple discussions with DOJ regarding the scope and content of information sought pursuant to the GJ Subpoena.  In the course of those discussions, DOJ has agreed that it would accept records containing identifiable patient information, including medical and billing records, in a redacted format, with each record to be labeled with an individual code number created by, and known only to, NYULH and its counsel in lieu of the redacted patient identifiers, subject to possible requests to "un-mask" or "un-redact" such records at a future stage of DOJ's investigation.[1]

5.      Also in the course of these discussions, NYULH has negotiated a reservation of right with DOJ, under which NYULH  reserves its right to oppose any requests to "un-mask" or "un-redact" the records, if made in the future, and DOJ reserves its right to press them, with both parties having the ability to seek judicial determination of the issue before the court with supervisory authority over the grand jury's investigation.

---

[1] As discussed in the accompanying Memorandum of Law, the GJ subpoena followed a since-withdrawn administrative subpoena issued on or about June 11, 2025 by the former Consumer Protection Branch of DOJ's Civil Division in Washington, D.C., under the authority of Section 248 of the Health Insurance Portability and Accountability Act of 1996, 18 U.S.C. § 3486, (Subpoena Duces Tecum No. 25-1431-015 to NYU Langone Hospitals (hereinafter, the "HIPAA Subpoena")).  A true and correct copy of the HIPAA Subpoena is annexed hereto as Exhibit A. NYULH conferred with DOJ at least fifteen (15) times regarding the HIPAA subpoena prior to its withdrawal, and made seven (7) rolling productions in response to the HIPAA Subpoena over the course of approximately ten (10) months, none of these included patient records or other patient information.

6.    As of this writing, NYULH has not produced any patient records or information to DOJ, in response to either the GJ Subpoena or otherwise, in connection with this investigation.

Dated: June 15, 2026
New York, New York

Respectfully submitted,

**NIXON PEABODY LLP**

By:    _/s/ Zachary A. Cunha_____
Zachary A. Cunha (ZC 5946)
55 West 46th Street
New York, New York 10036
Tel.: (212) 940-3000
zcunha@nixonpeabody.com