

New York Civil Liberties Union
125 Broad St, 19th Floor
New York, NY 10004
(212) 607-3300
www.nyclu.org

June 17, 2026

**VIA ECF**

The Honorable Jeannette A. Vargas
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> Re:  *Coe, et al. v. Blanche, et al.*, No. 1:26-CV-04641-JAV
> <u>Request for Split Argument</u>

Dear Judge Vargas,

We represent Plaintiffs in the above-captioned matter. We write to respectfully seek permission to split argument time between two of Plaintiffs' counsel, Chase Strangio and Omar Gonzalez-Pagan, in the upcoming hearing scheduled for June 22, 2026, at 2:30 PM. The Court's Individual Rule 4.B. indicates that the Court may be amenable to such a split, and we write now to seek permission for Mr. Strangio to address issues regarding jurisdiction, the TRO factors, class certification, and relief, and for Mr. Gonzalez-Pagan to address the merits.

We thank the Court for consideration of this letter.

<table>
<tr><td></td><td>Sincerely,</td></tr>
<tr><td></td><td><i>/s/ Robert Hodgson</i></td></tr>
<tr><td>Omar Gonzalez-Pagan</td><td>Robert Hodgson</td></tr>
<tr><td>Karen L. Loewy</td><td>Gabriella Larios</td></tr>
<tr><td><b>Lambda Legal Defense</b></td><td>Anya Weinstock</td></tr>
<tr><td><b>and Education Fund, Inc.</b></td><td><b>New York Civil Liberties Union</b></td></tr>
<tr><td>120 Wall Street, 19th Floor</td><td><b>Foundation</b></td></tr>
<tr><td>New York, New York 10005</td><td>125 Broad Street, 19th Floor</td></tr>
<tr><td>Telephone: 212-809-8585</td><td>New York, New York 10004</td></tr>
</table>

1

Facsimile: 855-535-2236
ogonzalez-pagan@lambdalegal.org
kloewy@lambdalegal.org

Chase B. Strangio
**American Civil Liberties Union
Foundation**
125 Broad Street, Floor 18
New York, New York 10004
Telephone: 212-549-2500
Facsimile: 212-549-2650
cstrangio@aclu.org

Telephone: 212-607-3300
rhodgson@nyclu.org
glarios@nyclu.org
aweinstock@nyclu.org

2