AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Carter Coe, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:26 cv 04641 JAV |
| Todd Blanche, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Carter Coe, Reed Roe, Nicole Noe, Karl Koe, and Jay Doe                                  .


Date:      06/08/2026

/s/ Shana Knizhnik
*Attorney's signature*

Shana Knizhnik, Bar No. 5453162
*Printed name and bar number*

American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
*Address*

sknizhnik@aclu.org
*E-mail address*

(917) 716 0609
*Telephone number*

(212) 549-2650
*FAX number*