AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Carter Coe, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No.   26 Civ. 4641 |
| Todd Blanche, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Todd Blanche; U.S. Department of Justice                                      .

Date:      06/18/2026

/s/ Sarah Welch
*Attorney's signature*

Sarah Welch (OH 99171)
*Printed name and bar number*
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

*Address*

sarah.e.welch@usdoj.gov
*E-mail address*

(202) 514-3180
*Telephone number*

*FAX number*