

New York Civil Liberties Union
125 Broad St, 19th Floor
New York, NY 10004
(212) 607-3300
www.nyclu.org

June 18, 2026

**VIA ECF**

**MEMO ENDORSED**

The Honorable Jeannette A. Vargas
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> Re: *Coe, et al. v. Blanche, et al.*, No. 1:26-CV-04641-JAV
> <u>Inquiry as to Remote Public Access to June 22 Hearing</u>

Dear Judge Vargas,

We represent Plaintiffs in the above-captioned matter. We write to respectfully inquire as to whether the Court will provide remote public access for the upcoming hearing scheduled for June 22, 2026, at 2:30 PM. Plaintiffs—on behalf of themselves and similarly situated members of the proposed class—have brought this action to prevent disclosure of identifying and detailed sensitive health information in response to the DOJ Defendants' subpoenas. *See* Compl. ¶¶ 135–145. Plaintiffs are proceeding pseudonymously to protect their significant privacy interests.

Plaintiffs and putative class members will be unable to attend the June 22 temporary restraining order hearing in person without risking revealing their identities to Defendants, the press, and others in attendance at the hearing. Accordingly, we respectfully seek the Court's direction as to whether the Court will provide a mechanism for the public to remotely access the June 22, 2026, hearing.

We thank the Court for consideration of this letter.

Sincerely,

*/s/ Gabriella Larios*
Gabriella Larios
Robert Hodgson
Anya Weinstock

1

Omar Gonzalez-Pagan
Karen L. Loewy
**Lambda Legal Defense
and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, New York 10005
Telephone: 212-809-8585
Facsimile: 855-535-2236
ogonzalez-pagan@lambdalegal.org
kloewy@lambdalegal.org

Chase B. Strangio
**American Civil Liberties Union
Foundation**
125 Broad Street, Floor 18
New York, New York 10004
Telephone: 212-549-2500
Facsimile: 212-549-2650
cstrangio@aclu.org

**New York Civil Liberties Union
Foundation**
125 Broad Street, 19th Floor
New York, New York 10004
Telephone: 212-607-3300
glarios@nyclu.org
rhodgson@nyclu.org
aweinstock@nyclu.org

While the Court recognizes the basis for Plaintiffs' request, there will not be a remote access line for this proceeding.

SO ORDERED.
DATED: June 18, 2026

_____
JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE

2