UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

<table>
<tr><td>
CARTER COE, by and through his parent and next friend, CAROLINE COE; REED ROE, by and through his parent and next friend, RILEY ROE; NICOLE NOE, by and through her parent, NORMAN NOE; KARL KOE; and JAY DOE, *on behalf of themselves and all similarly situated*,

*Plaintiffs*,

-v.-

TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; U.S. DEPARTMENT OF JUSTICE; NYU LANGONE HEALTH SYSTEM; NYU LANGONE HOSPITALS; and NYU GROSSMAN SCHOOL OF MEDICINE, A DIVISION OF NEW YORK UNIVERSITY,

*Defendants*.
</td><td>

**Case No.: 1:26-cv-04641-KPF**
</td></tr>
</table>

**[PROPOSED] ORDER GRANTING ADMISSION PRO HAC VICE**

The motion of Lindsay R. Maleson for admission to practice *pro hac vice* as counsel for Defendants NYU Langone Health System, NYU Langone Hospitals, and NYU Grossman School of Medicine in the above-captioned action is granted.  Applicant has declared she is a member in good standing of the bar of the State New York and that her contact information is as follows:

> Lindsay R. Maleson
> 275 Broadhollow Road
> Suite 300
> Melville, NY 11747-4808
> (516) 832-7500
> lmaleson@nixonpeabody.com

IT IS HEREBY ORDERED that applicant is admitted *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.  All

1

attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing the discipline of attorneys.

Dated:

_____

Hon. Katherine Polk Failla
United States District Judge