AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York  [▼]

| | | |
|---|---|---|
| Coe | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  26-cv-4641 |
| Blanch at al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Todd Blance, in his Official Capacity as Acting Attorney General; U.S. Department of Justice                     .

Date:     06/23/2026

/s/ Eugene O'Halloran

*Attorney's signature*

Eugene O'Halloran GA Bar 415906

*Printed name and bar number*

450 5th St Washington DC, 20530

*Address*

Eugene.O'Halloran2@usdoj.gov

*E-mail address*

(202) 598-7876

*Telephone number*

*FAX number*