June 23, 2026

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 2103
New York, NY 10007

Re:    *Coe, et al. v. Blanche, et al.*, No. 1:26-CV-04641
          Joint Letter Regarding Updated Stipulation

Dear Judge Failla,

Consistent with the parties' representations at the June 23, 2026 temporary restraining order hearing, the parties jointly stipulate to the following:

Recognizing that it is the government's position that it cannot confirm any details related to any possible grand jury subpoenas, *see* Fed. R. Crim. P. 6(e), the parties hereby stipulate as follows:

No healthcare institution located in New York City, including NYU Langone Hospitals, shall be required to produce or disclose any material covered by the lawsuit (i.e., identifying and sensitive health information) to the U.S. Department of Justice, or any component thereof, before **12:00 noon Eastern time** on June 24, 2026. This includes the NYU Defendants pursuant to the Subpoena. The United States will not obtain any such documents or materials prior to **12:00 noon Eastern time on** June 24, 2026.

In light of the foregoing, the NYU Langone defendants likewise stipulate that they will not produce any materials covered by the lawsuit to the U.S. Department of Justice, or any component thereof, prior to **12:00 noon Eastern time on** June 24, 2026.

Sincerely,

*/s/ Omar Gonzalez-Pagan*

| | |
|---|---|
| Gabriella Larios | Omar Gonzalez-Pagan |
| Robert Hodgson | Karen L. Loewy |
| Anya Weinstock | Lambda Legal Defense |
| New York Civil Liberties Union Foundation | and Education Fund, Inc. |
| 125 Broad Street, 19th Floor | 120 Wall Street, 19th Floor |
| New York, New York 10004 | New York, New York 10005 |
| Telephone: 212-607-3300 | Telephone: 212-809-8585 |
| glarios@nyclu.org | Facsimile: 855-535-2236 |
| rhodgson@nyclu.org | ogonzalez-pagan@lambdalegal.org |
| aweinstock@nyclu.org | kloewy@lambdalegal.org |

1

Chase B. Strangio
American Civil Liberties Union Foundation
125 Broad Street, Floor 18
New York, New York 10004
Telephone: 212-549-2500
Facsimile: 212-549-2650
cstrangio@aclu.org

*Counsel for Plaintiffs*


**NIXON PEABODY LLP**

By:
 */s/ Zachary A. Cunha*
Zachary A. Cunha (ZC 5946)
55 West 46th Street
New York, New York 10036
Tel.: (212) 940-3000
zcunha@nixonpeabody.com

*Attorneys for Defendants*
*NYU Langone Health System*
*NYU Langone Hospitals and*
*NYU Grossman School of Medicine*

BRETT A. SHUMATE
Assistant Attorney General

JORDAN C. CAMPBELL
Deputy Assistant Attorney General

SARAH WELCH
Senior Counsel to the Assistant Attorney General

JOHN BAILEY
BRANTLEY T. MAYERS
Counsel to the Assistant Attorney General

LISA K. HSIAO
Acting Director
Enforcement & Affirmative Litigation Branch

SHIMENG ZHANG
LUKE MILLER
EUGENE O'HALLORAN
Attorneys

United States Department of Justice
Civil Division
950 Pennsylvania Ave.
Washington, DC 20044
Tel: 202-514-6993
John.Bailey@usdoj.gov

SEAN BUCKLEY
Deputy United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007

*Counsel for Federal Defendants*