June 26, 2026

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 2103
New York, NY 10007

Re:    *Coe, et al. v. Blanche, et al.*, No. 1:26-CV-04641-KPF
          Joint Status Letter

Dear Judge Failla,

In accordance with the Court's Order during the June 24, 2026 Telephone Conference (*see* June 24, 2026 Minute Entry for proceedings), the parties hereby write jointly to inform the Court of their positions regarding next steps pertaining to the Court's consideration of further preliminary relief in this matter, including whether there should be any additional motion practice, discovery, or supplemental briefing.

Plaintiffs request that the Court treat their request for a temporary restraining order and provisional class certification (Dkt. 8) as a motion for a preliminary injunction as well. Counsel for the parties have conferred and the parties agree that, in their estimation, there is no further briefing necessary regarding the Plaintiffs' motion for a preliminary injunction, and that the Court may adjudicate Plaintiffs' request for a preliminary injunction based on the existing record and the already-submitted briefing by the parties and *amici*. That said, the parties are willing and prepared to aid the Court's resolution of that request in whatever manner the Court would find helpful, including through either supplemental briefing or at a hearing.

We thank the Court for its consideration of the parties' views on these issues.

Sincerely,

*/s/ Omar Gonzalez-Pagan*

| | |
|---|---|
| Gabriella Larios | Omar Gonzalez-Pagan |
| Robert Hodgson | Karen L. Loewy |
| Anya Weinstock | **Lambda Legal Defense** |
| **New York Civil Liberties Union Foundation** | **and Education Fund, Inc.** |
| 125 Broad Street, 19th Floor | 120 Wall Street, 19th Floor |
| New York, New York 10004 | New York, New York 10005 |
| Telephone: 212-607-3300 | Telephone: 212-809-8585 |
| glarios@nyclu.org | Facsimile: 855-535-2236 |
| rhodgson@nyclu.org | ogonzalez-pagan@lambdalegal.org |
| aweinstock@nyclu.org | kloewy@lambdalegal.org |

1

Chase B. Strangio
**American Civil Liberties Union Foundation**
125 Broad Street, Floor 18
New York, New York 10004
Telephone: 212-549-2500
Facsimile: 212-549-2650
cstrangio@aclu.org

*Counsel for Plaintiffs*


**NIXON PEABODY LLP**

By:
 _/s/ Zachary A. Cunha_____
Zachary A. Cunha (ZC 5946)
55 West 46th Street
New York, New York 10036
Tel.: (212) 940-3000
zcunha@nixonpeabody.com

*Attorneys for Defendants*
*NYU Langone Health System*
*NYU Langone Hospitals and*
*NYU Grossman School of Medicine*

2

BRETT A. SHUMATE
Assistant Attorney General

JORDAN C. CAMPBELL
Deputy Assistant Attorney General

SARAH WELCH
Senior Counsel to the Assistant Attorney General

JOHN BAILEY
BRANTLEY T. MAYERS
Counsel to the Assistant Attorney General

LISA K. HSIAO
Acting Director
Enforcement & Affirmative Litigation Branch

SHIMENG ZHANG
LUKE MILLER
EUGENE O'HALLORAN
Attorneys

United States Department of Justice
Civil Division
950 Pennsylvania Ave.
Washington, DC 20044
Tel: 202-514-6993
John.Bailey@usdoj.gov

*Counsel for Federal Defendants*

SEAN BUCKLEY
Deputy United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007

3