

Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903-1345

**Attorneys at Law**
nixonpeabody.com
@NixonPeabodyLLP

**Zachary A. Cunha**
**Partner**

T / 401.454.1025
F / 833.693.0904
zcunha@nixonpeabody.com

July 2, 2026

<u>**VIA ELECTRONIC CASE FILING**</u>

The Honorable Katherine Polk Failla
United States District Judge
U.S. District Court, Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2103
New York, NY 10007

> Re:   <u>*Coe, et al. v. Blanche, et al.,*</u> **No: 1:26-Civ.-04641-KPF**

Your Honor:

We write on behalf of our clients, NYU Langone Hospitals, NYU Langone Health System, and the NYU Grossman School of Medicine (collectively the "NYULH Defendants"), defendants in the above-captioned civil action filed by certain patients and parents of patients who have received gender-affirming medical care at NYULH, and as to whom medical records and associated information has been demanded from NYULH by way of a grand jury subpoena originating from the United States Attorney's Office for the Northern District of Texas (the "Subpoena"). Pursuant to the Court's direction, the parties are currently slated to appear telephonically for a conference on Monday, July 6, 2026, to discuss scheduling related to Plaintiffs' motion for preliminary injunctive relief.

At this time, the NYULH Defendants respectfully request an extension of time to answer or otherwise respond to the Complaint to and including August 10, 2026, so as to conform the NYULH Defendants' answer deadline to that of the federal defendants, who are afforded sixty days in which to respond pursuant to Fed. R. Civ. P. 12(a)(2). No prior request for extension of this deadline has been made in this action. Plaintiffs, through counsel, consent to the requested extension of time, as do the government defendants.

The NYULH Defendants respectfully submit that the requested extension will further the interests of judicial economy and the efficient progress of this action by conforming the responsive pleading date for all defendants. At present, the NYULH Defendants' answer is due on July 6, 2026. *See* ECF No. 38. Nothing in this request is intended to impact any schedule for briefing or adjudication of the Plaintiffs' request for preliminary injunctive relief that may otherwise be set by the Court.

4937-6665-3370.1

The Honorable Katherine Polk Failla
July 2, 2026
Page -2-

**Attorneys at Law**
nixonpeabody.com
@NixonPeabodyLLP

      In light of the foregoing, the NYULH Defendants respectfully request that their time to answer or otherwise respond to the complaint be enlarged to and including August 10, 2026.

Respectfully submitted,

**Nixon Peabody LLP**


By:   */s/ Zachary A. Cunha*
     Zachary A. Cunha (ZC 5946)
     Timothy Sini
     Lindsay Maleson
     One Citizens Place, Suite 500
     Providence, RI 02903-1345
     zcunha@nixonpeabody.com

     *Counsel for Defendants*
     *NYU Langone Hospitals,*
     *NYU Langone Health System, and*
     *NYU Grossman School of Medicine*


cc:   All parties, via ECF

4937-6665-3370.1