

# United States Department of Justice
## Enforcement & Affirmative Litigation Branch

| **Luke.Miller2@usdoj.gov**<br>Phone: 202-2596-7479<br>Fax: 202-514-8742 | **Overnight Delivery Address**<br>450 Fifth Street, NW, Sixth Floor South<br>Washington, D.C. 20530 | **First Class Mail**<br>P.O. Box 386<br>Washington, D.C. 20044 |

July 16, 2026

**VIA CM/ECF**

Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2103
New York, NY 10007


Re:     Motion to Stay Answer Deadline
        *Coe, et al. v. Blanche, et al.*, No: 1:26-CV-04641-KPF (S.D.N.Y.)


Dear Judge Failla,

     We write on behalf of our clients Todd Blanche and the Department of Justice (collectively, the "DOJ Defendants") in the above-captioned matter to move for a stay of the deadline to file an answer while an interlocutory appeal is pending.

     Plaintiffs filed this action on June 2, 2026, ECF No. 1, and served DOJ Defendants on June 10, 2026, ECF No. 37. Pursuant to Fed. R. Civ. P. 12(a)(2), DOJ Defendants have 60 days to serve their answer, making the current answer deadline August 10, 2026. DOJ Defendants have made no prior request for extension or stay of this deadline. Plaintiffs take no position on DOJ Defendants' request at present.

     As the Court is aware, on June 24, 2026, the Court granted Plaintiffs' Motion for Temporary Restraining Order and Provisional Class Certification, ECF No. 65, and on July 6, 2026, the Court entered a Preliminary Injunction and Extension of Provisional Class Certification, ECF No. 71. On July 10, 2026, DOJ Defendants filed a Notice of Interlocutory Appeal. ECF No. 79.

"District courts have broad discretion in deciding whether to grant a motion to stay." *Lenart v. Coach Inc.*, 131 F. Supp. 3d 61, 71 (S.D.N.Y. 2015). At the status conference on July 6, 2026, the Court indicated that if DOJ Defendants sought a stay of the answer deadline, the Court would grant that motion. Accordingly, DOJ Defendants hereby request a stay of the deadline for DOJ Defendants to file an answer.

We thank the Court for consideration of this letter.

*            *            *

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General

JORDAN C. CAMPBELL
Deputy Assistant Attorney General

LISA K. HSIAO
Acting Director
Enforcement & Affirmative Litigation Branch

ROSS S. GOLDSTEIN
PATRICK R. RUNKLE
Assistant Directors

SARAH E. WELCH
Senior Counsel to the Assistant Attorney General

JOHN R. BAILEY
BRANTLEY T. MAYERS
Counsel to the Assistant Attorney General

 */s/ Luke A. Miller*
STEVEN R. SCOTT
EUGENE O'HALLORAN
LUKE A. MILLER
Trial Attorneys

Letter to Judge Failla (July 16, 2026)                                                                          Page 3
Subject: Motion to Stay Answer Deadline

United States Department of Justice
Enforcement & Affirmative Litigation Branch
P.O. Box 386
Washington, DC 20044
Tel: (202) 598-7479
Luke.Miller2@usdoj.gov


cc:          all counsel of record