**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

<table>
<tr>
<td>

CARTER COE, BY AND THROUGH HIS
PARENT AND NEXT
FRIEND, CAROLINE COE, et al.,

                Plaintiffs,

        v.

TODD BLANCHE, et al.,

                Defendants.

</td>
<td>

No. 1:26-cv-04641 (KPF)

</td>
</tr>
</table>

**DOJ DEFENDANTS' NOTICE OF MOTION AND**
**MOTION TO STAY PRELIMINARY INJUNCTION PENDING APPEAL**

Pursuant to Fed. R. Civ. P. 62 and Fed. R. App. P. 8(a), Defendants Todd Blanche and the United States Department of Justice ("DOJ Defendants") hereby move this Court to stay enforcement of the Preliminary Injunction Order, ECF No. 71, while DOJ Defendants' appeal of the Order is pending. This motion is based on the attached memorandum of law in support of the motion.

Dated: July 16, 2026

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

JORDAN CAMPBELL
*Deputy Assistant Attorney General*

/s/ *Sarah Welch*
SARAH WELCH
*Senior Counsel to the Assistant Attorney General*

JOHN R. BAILEY
BRANTLEY T. MAYERS
*Counsel to the Assistant Attorney General*

STEVEN R. SCOTT
EUGENE O'HALLORAN
LUKE A. MILLER
*Trial Attorneys*
*U.S. Department of Justice*
*Civil Division*
Attorneys for Federal Defendants