UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARTER COE, *by and through his parent and next friend*, CAROLINE COE; REED ROE, *by and through his parent and next friend*, RILEY ROE; NICOLE NOE, *by and through his parent and next friend*, NORMAN NOE; KARL KOE, *on behalf of themselves and all similarly situated*; and JAY DOE, *on behalf of themselves and all similarly situated*,

Plaintiffs,

-v.-

TODD BLANCHE, *in his official capacity as Acting Attorney General of the United States*; U.S. DEPARTMENT OF JUSTICE; NYU LANGONE HEALTH SYSTEM; NYU LANGONE HOSPITALS; and NYU GROSSMAN SCHOOL OF MEDICINE, *a division of New York University*,

Defendants.

26 Civ. 4641 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The Court has received the DOJ Defendants' motion for a stay of the deadline to respond to Plaintiffs' Complaint. (Dkt. #80). The motion for a stay of the response deadline is GRANTED in light of the interlocutory appeal.

In addition, the Court has received the DOJ Defendants' motion to stay the preliminary injunction pending appeal as well as supporting papers. (Dkt. #81-82). The motion to stay the preliminary injunction pending appeal is DENIED. What the DOJ Defendants seek is a complete subversion of the Court's decision to grant the preliminary injunction in the first place. Allowing a stay of the preliminary injunction at this time would upend the status quo

and lead to the very irreparable harm that the preliminary injunction was designed to prevent.  This the Court will not do.

The Clerk of Court is directed to terminate the pending motions at docket entries 80 and 81.

SO ORDERED.

Dated:    July 17, 2026
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2