

Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903-1345

**Attorneys at Law**
nixonpeabody.com
@NixonPeabodyLLP

**Zachary A. Cunha**
**Partner**

T / 401.454.1025
F / 833.693.0904
zcunha@nixonpeabody.com

July 17, 2026

**VIA ELECTRONIC CASE FILING**

The Honorable Katherine Polk Failla
United States District Judge
U.S. District Court, Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2103
New York, NY 10007

> Re: *Coe, et al. v. Blanche, et al.,* **No: 1:26-Civ.-04641-KPF**

Your Honor:

We write on behalf of our clients, NYU Langone Hospitals, NYU Langone Health System, and the NYU Grossman School of Medicine (collectively the "NYULH Defendants"), defendants in the above-captioned civil action, in which the Court previously entered a preliminary injunction as to which defendants Todd Blanche and the Department of Justice (the "DOJ Defendants") have taken an interlocutory appeal to the Second Circuit. *See* ECF No. 79 (Notice of Interlocutory Appeal).

Yesterday, the DOJ Defendants requested that this Court stay their deadline to file an answer in this action during the pendency of that interlocutory appeal. *See* ECF No. 80. The Court granted that request via text order earlier this afternoon. *See* Text Order of Jul. 17 2026. Given the pendency of the interlocutory appeal; the fact that it may resolve substantial legal questions relevant to the claims in this action; and the fact that the court has now stayed the DOJ Defendants' obligation to answer while the interlocutory appeal is pending, the NYULH Defendants respectfully request that the Court likewise stay their obligation to answer or otherwise respond to the complaint during this period.

The NYULH Defendants' answer is currently due on August 10, 2026, following one prior request for an extension of time. *See* ECF Nos. 68 (Letter motion for extension of time) and 71 (Order extending NYULH Defendants' time to answer). The DOJ Defendants have indicated that they consent to this request; the Plaintiffs have likewise indicated that, in light of the stay grated DOJ, they do not object to the same relief being afforded to the NYULH Defendants.

The Honorable Katherine Polk Failla
July 17, 2026
Page -2-

**Attorneys at Law**
nixonpeabody.com
@NixonPeabodyLLP

     Identical stays of all defendants' time to answer would serve the interests of judicial efficiency and economy by continuing to align the answer deadlines applicable to all named defendants in this action. Accordingly, the NYULH Defendants respectfully request that this Court stay their time to answer or otherwise respond to the Complaint during the pendency of the interlocutory appeal, contemporaneous with the stay granted to the DOJ Defendants.

Respectfully submitted,

**Nixon Peabody LLP**

By:   */s/ Zachary A. Cunha*
     Zachary A. Cunha (ZC 5946)
     Timothy Sini
     Lindsay Maleson
     One Citizens Place, Suite 500
     Providence, RI 02903-1345
     zcunha@nixonpeabody.com

     *Counsel for Defendants*
     *NYU Langone Hospitals,*
     *NYU Langone Health System, and*
     *NYU Grossman School of Medicine*

cc:    All parties, via ECF

4905-4701-9966.1