**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CARTER COE, by and through his parent and next friend, CAROLINE COE; et al., *on behalf of themselves and all similarly situated*,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; et al.,<br><br>    *Defendants*. | Case No. 1:26-cv-04641-KPF<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE*** |

The motion of Adrienne Spiegel, for admission to practice *Pro Hac Vice* in the above action is granted.

Applicant has declared that she is a member of good standing of the bar of the state of California, and that her contact information is as follows:

Applicant's Name: Adrienne Spiegel

Firm Name: American Civil Liberties Union Foundation

Address: 425 California Street, Suite 700

City/ State / Zip: San Francisco, California, 94104

Telephone / Fax: (212) 607-3333 / (415) 225-1478

Applicant having requested *Pro Hac Vice* to appear for all purposes as counsel for all Plaintiffs, in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York.

1

All attorneys appearing before this Court are subject to the Local Rules of the Court, including the Rules governing discipline of attorneys.

The Clerk of Court is directed to terminate the pending motion at docket entry 87.

Dated: July 23, 2026

New York, New York

_____
Honorable Katherine Polk Failla
United States District Judge