S.D.N.Y. – N.Y.C.
26-cv-4641
Failla, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of August, two thousand twenty-six.

Present:

Richard J. Sullivan,
William J. Nardini,
Alison J. Nathan,
*Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: Aug 26, 2026

---

Carter Coe, by and through his parent and next friend Caroline Coe, et al.,

*Plaintiffs-Appellees*,

v. 26-1886

Todd Blanche, United States Attorney General, in his official capacity, United States Department of Justice,

*Defendants-Appellants*,

NYU Langone Health System, et al.,

*Defendants*.

---

Appellants move for a stay pending resolution of this appeal from the district court's preliminary injunction entered on July 6, 2026. Upon due consideration, it is hereby ORDERED that the motion is DENIED. *See Nken v. Holder*, 556 U.S. 418, 433–35 (2009).

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

CERTIFIED COPY ISSUED ON 08/26/2026